# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1765
LT Case No. 42-2021-DP-95

_____

M.V., FATHER OF C.B.V.G.,
MINOR CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, for
Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guadian
ad Litem, Tallahassee, for Statewide Guardian ad Litem.

November 26, 2025

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____